UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

EDDIE ROBINSON,

       Petitioner,

 -against-             9:03-CV-1151
                    (LEK/VEB)

SUSAN CONNELL, Superintendent,

       Respondent.

## DECISION AND ORDER

   This matter comes before the Court following a Report-Recommendation filed on September 28, 2007, by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 48).

   Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge Bianchini's Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

   Accordingly, it is hereby

   **ORDERED**, that the Report-Recommendation (Dkt. No. 48) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

   **ORDERED**, that Petitioner's claim for habeas relief based upon a miscalculation of his

1

release date (Dkt. No. 1) is **DISMISSED** as moot; and it is further

    **ORDERED**, that the Clerk serve a copy of this Order on all parties.

    **IT IS SO ORDERED**.

DATED:    March 31, 2008
               Albany, New York

                                        Lawrence E. Kahn
                                        U.S. District Judge